UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CARRADINE CHIROPRACTIC CENTER, INC, et al., | : : : |
| Plaintiff, | : Case No. 4:15-cv-2378 : |
| v. | : Judge Benita V. Pearson : |
| POSTURE PRO, INC., et al., | : : |
| Defendant. | : |

### DEFENDANT POSTURE PRO, INC.'S MOTION TO ADMIT
### ERIN E. BRADY *PRO HAC VICE*

Pursuant to N.D. Ohio Civ. R. 83.5(h), Kevin T. Shook, trial attorney for Posture Pro, Inc. ("Posture Pro"), in the above-referenced action, hereby moves the Court to admit Erin E. Brady, *pro hac vice* to appear and participate as counsel or co-counsel in this case for Posture Pro.

Movant represents that Erin E. Brady is a member in good standing of the highest court of the State of California and before the United States District Courts in the Northern, Eastern, Central, and Southern Districts of California, and before the Ninth Circuit Court of Appeal. (Bar Number 254164), as attested by the accompanying Affidavit. Erin E. Brady was admitted to the California Supreme Court in December 2007. This Motion is accompanied by the required $120.00 fee.

Erin E. Brady understands that, unless expressly excused, she must register for electronic filing with this Court promptly upon the granting of this Motion. Erin E. Brady has never been disbarred or suspended from practice before any court, department, bureau or commission of any

215385.1

State or the United States, nor has she ever received any reprimand from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

Erin E. Brady's contact information is as follows:

>Erin E. Brady, Esq.
>ebrady@neufeldmarks.com
>Neufeld Marks
>315 West 9th Street, Suite 501
>Los Angeles, California 90015
>Telephone: (213) 625-2625
>Facsimile: (213) 625-2650

Respectfully submitted,

FROST BROWN TODD LLC

*/s/ Kevin T. Shook*
Kevin T. Shook (0073718)
Ashley L. Oliker (0085628)
10 West Broad Street, Suite 2300
Columbus, Ohio 43215
614-464-1211
614-464-1737 (fax)
kshook@fbtlaw.com
aoliker@fbtlaw.com
*Attorneys for Defendant Posture Pro, Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that on January 22, 2016, a copy of the foregoing was filed electronically in accordance with the Court's Electronic Filing Guidelines. Notice of this filing will be sent to the parties by operation of the court's electronic filing system. Parties may access this filing through the court's system.

                                          */s/ Kevin T. Shook*
                                          Kevin T. Shook (0073718)