PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CARRADINE CHIROPRACTIC CENTER, INC., | CASE NO. 4:15cv2378 |
| Plaintiff, | |
| v. | JUDGE BENITA Y. PEARSON |
| POSTURE PRO, INC., *et al.*, | |
| Defendants. | **ORDER OF DISMISSAL** |

On May 31, 2016, the parties reached a settlement in the above-captioned case. Accordingly, Plaintiff's cause of action against Defendants is dismissed with prejudice.  Each party shall  bear its own costs and attorneys' fees.  The Court shall retain jurisdiction of this matter to enforce the settlement of the parties.

IT IS SO ORDERED.

 May 31, 2016                        */s/ Benita Y. Pearson*
Date                                           Benita Y. Pearson
                                                      United States District Judge